UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――― x
WILLIAM J. JESTER,

      Plaintiff,  : 07 Civ. 8009 (CM) (HBP)

  - against -

             **STIPULATION AND ORDER**

UBS SECURITIES LLC,

      Defendant.
―――――――――――――――――――――――― x

    IT IS HEREBY STIPULATED AND AGREED that defendant UBS Securities LLC's time to answer, move or otherwise respond with respect to the complaint in the above-captioned action is hereby extended to November 9, 2007.

Dated: New York, New York
   October 3, 2007

LIDDLE & ROBINSON, L.L.P.

By: _/s/_____
 Jeffrey L. Liddle (JL 8256)
 Christine A. Palmieri (CP 8235)
800 Third Avenue
New York, New York 10022
(212) 687-8500

*Attorneys for Plaintiff*
 William Jester

WILLIAMS & CONNOLLY LLP

By: _/s/_____
 Kevin T. Baine (KB 0710)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(212) 434-5000

Kevin B. Leblang (KL 3183)
Steven M. Knecht (SK 8404)
KRAMER LEVIN NAFTALIS &
 FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendant*
 UBS Securities LLC

SO ORDERED:

_/s/_____
U.S.D.J.

KLJ 2616096.1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 10/4/07