UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
WILLIAM J. JESTER,   :   07 Civ. 8009 (CM) (HBP)
:
        Plaintiff,   :
    -against-   :   **STIPULATION OF DISMISSAL**
:
UBS SECURITIES LLC,   :
:
        Defendant.   :
:
------------------------------------------------------------- x

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties in the above-captioned action that, pursuant to F.R.C.P. Rule 41(a)(1), this action is hereby dismissed without prejudice.

Dated: New York, New York
       November 7, 2007

LIDDLE & ROBINSON, L.L.P.

By _____
    Jeffrey L. Liddle (JL 8256)
    Christine A. Palmieri (CP 8235)
Attorneys for Plaintiff
800 Third Avenue
New York, New York 10022
(212) 687-8500

SO ORDERED

WILLIAMS & CONNOLLY LLP

By: _____
    Kevin T. Baine (KB 0710)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(212) 434-5000

Kevin B. Leblang (KL 3183)
Steven M. Knecht (SK 8404)
KRAMER LEVIN NAFTALIS &
  FRANKEL LLP
1177 Avenue of the Americas
New York, New York 1036
(212) 715-9100

Attorneys for Defendant

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07